1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JOHN TONY POSADAS, | Case No. ED CV 16-00034 AFM |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

By Order Extending Briefing Schedule, filed July 18, 2016, plaintiff's Memorandum in Support of Complaint was due on September 7, 2016. The docket sheet shows that, as late as the date of this Order, plaintiff has not filed a Memorandum in Support of Plaintiff's Complaint.

Accordingly, IT IS ORDERED that within 20 days of the filing date of this Order, plaintiff shall show cause in writing why this action should not be dismissed. If plaintiff fails to file a written objection to dismissal of this action within the time specified, it will be deemed to be consent to a dismissal as against Defendant. The filing of a Plaintiff's Memorandum in Support of Complaint within 20 days, shall

discharge the order to show cause.

DATED: 9/20/2016

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE